IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR106 |
| Plaintiff, | ) ) ) | **ORDER ALLOWING PLEADINGS TO BE FILED UNDER SEAL** |
| v. | ) ) | |
| MARIANO CORDERO JUAREZ, | ) ) | |
| Defendant. | ) | |

NOW ON this 26th day of April, 2005, this matter comes before the Court on the Defendant's Motion to File Under Seal. This court, being fully advised in the premises, hereby ORDERS as follows:

The pleadings captioned *"Defendant Cordero-Juarez' Motion to Dismiss Indictment"* and *"Defendant Cordero-Juarez' Brief in Support of Motion to Dismiss"* are ordered to be filed under seal.

BY THE COURT:

_____
HON. THOMAS D. THALKEN
United States Magistrate Judge